Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

__Middle__ District of __Pennsylvania__

_____ Division

| | |
|---|---|
| Rasheyon Lee-China<br>_____<br>Plaintiff(s)<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>See Attached<br>_____<br>Defendant(s)<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. __1:20-cv-2349__<br>(to be filled in by the Clerk's Office) |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kasheyon Lee-Chima
   All other names by which you have been known:
   ID Number: #:NQ2744
   Current Institution: PA DOC SCI-Smithfield
   Address: 1120 Pike Street
   Huntingdon, PA 16652
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: K. Hughes
   Job or Title (if known): Correctional Officer 2nd Ranking (SGT.)
   Shield Number:
   Employer: Department of Corrections (PA.)
   Address: 11 Fairview Drive
   Waymart, PA 18472
   City / State / Zip Code
   ☒ Individual capacity   ☒ Official capacity

   Defendant No. 2
   Name: McHugh
   Job or Title (if known): Correctional Officer Ranking 1
   Shield Number:
   Employer: Department of Corrections (PA.)
   Address: 11 Fairview Drive
   Waymart, PA 18472
   City / State / Zip Code
   ☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name              C. J. McKeown
  Job or Title (if known)  Prison Hearing Examiner
  Shield Number
  Employer          Department of Corrections (PA.)
  Address           11 Fairview Drive
                    Waymart        PA      18472
                       City          State   Zip Code
  ☐ Individual capacity   ☒ Official capacity

Defendant No. 4
  Name              State Correctional Institution - Waymart
  Job or Title (if known)  Executive Administration
  Shield Number
  Employer          Department of Corrections (PA.)
  Address           11 Fairview Drive
                    Waymart        PA      18472
                       City          State   Zip Code
  ☐ Individual capacity   ☒ Official capacity

II.  **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
  SEE ATTACHED For FULL DETAILS In Addition to violating
  8TH Amendment
  5TH Amendment
  14TH Amendment

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Each defendant is an employee of the Pennsylvania Department of Corrections were clocked in on-duty for work and fully uniformed with state issued gear/garments with state official I.D. cards or seals attached to garments.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. Pa. DOC SCI-Waymart Hallways, Inmate Chow Hall #1, and Restricted Housing Unit. On 04-04-2019 at approximately 1700hrs - 2200hrs (5:00pm - 10:00pm)

C. What date and approximate time did the events giving rise to your claim(s) occur?

(Approx. 1700-2200hrs)

On approximately April 4th 2019 at ~~1700hrs~~ (5pm)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Officers K. Hughes and McHugh Violently attacked me (Assault & Battery) after pinning me against the wall. Both Officials caused injury to back, waist, arms, neck, and shoulders. These Officers then created a false claim of defense which resulted in unlawful detainment for 90 days without proper contact to family, attorney, and police. I was denied medical care 40+ days late. Mr CJ McKeown denied my rights to eyewitness testimony, evidence, and proper representation. Video evidence and eyewitness ~~Joseph Balakoski~~.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I recieved strikes which resulted in abraisions, bruises, and markings on my back, waist, arms, neck, and shoulders. Those strikes led to numbness and soarness. After waiting numerous days medical failed to treat pain immediately and only prescribed limited amount of pain relievers. Although pain reported to nurse on same evening; medical staff did not observe or provide medical attention until days later.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Medical Expenses: $20.00 — $20.00
Pain and Sufferings: $20.00 — $20.00
Mental Anguish/Trauma: $90,000.00 — $90,000.00
Unjust Revokcation of Privileges: $90,000.00 — $90,000.00
Unlawful detainment/restraint: $90,000.00 — $90,000.00
Lost of Earnings: $68.40 / Property Damages: 30.44 — $98.84
-Termination of officials employment: — 0.00

TOTAL: $270,138.84¢
PLUS COURT AND ATTORNEY FEES $400.00¢
POSTAGE $411.15¢
Overall Total: $270,950.00¢

$270,950.00¢

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

PA. D.O.C. SCI - Waymart

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Policy LIST how to file grievance doesn't state purpose, However Grievance Procedure automatically exhausts when grievance Coordinator forward grievance to security for investigation.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Two Grievances was filed
- DC-ADM 804 — InHouse SCI-Waymart #796853
- DC-ADM 804 — PREA REPORT #800927
- Special Investigation Report - Central Office

2. What did you claim in your grievance?

I was assaulted, discriminated, sexually harassed, targeted, unlawfully detained, and battery by both officers. Then unjustly denied fair and just rights by hearing examiners.

3. What was the result, if any?

An incomplete investigation and rejections (from every stage). Do not know final deposition from the Office of Special Investigations due to refusal to forward copy of final deposition to me without "Court order".

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

The grievance process informs me to appeal to final level which is to Central Office. Central Office also rejected grievance. Once grievance process reaches central office and someone there renders a decision, that completes the process. After completing grievance process I also proceeded with the OSII (Office of Special Investigations) and appealed misconduct sanction verdict being that misconduct was illegal.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Please be mindful that in addition to the grievance I also exhausted Admin. remedies via 3 (three) other methods A). Misconduct Appeal  B). Report to Central Office (OSII) and C). PREA Report. All three outcomes will be attached.*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.



### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-04-2020

Signature of Plaintiff: Kasheyon Lee-Chima
Printed Name of Plaintiff: Kasheyon Lee-Chima
Prison Identification #: NQ2744
Prison Address: 1120 Pike Street, Huntingdon, PA 16652

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

# ATTACHMENT
## List of Defendants

The following is the complete list of defendants pertaining to this case:

1. **K. Hughes**
   Prison Sergeant (C.O. II)
   PA. Department of Corrections State Correctional Facility at Waymart
   11 Fairview Drive
   Waymart, Pa 18472

2. **(First Name Unknown) McHugh**
   Prison Correctional Officer (C.O. I) (Male | Approximately 5 foot tall | Approxiamtely 200lbs)
   PA. Department of Corrections State Correctional Facility at Waymart
   11 Fairview Drive
   Waymart, Pa 18472

3. **C. J. McKeown**
   Prison Hearing Examiner
   PA. Department of Corrections State Correctional Facility at Waymart
   11 Fairview Drive
   Waymart, Pa 18472

4. PA. Department of **Corrections State Correctional** Facility at **Waymart**, (In its **establishment** capacity)
   11 Fairview Drive
   Waymart, Pa 18472

5. **(First Name Unknown) Van Burren**
   Prison Correctional Officer (C.O. I) (Female | Approximately 4.5 foot tall | Approxiamtely 150lbs)
   PA. Department of Corrections State Correctional Facility at Waymart
   11 Fairview Drive
   Waymart, Pa 18472

1 of 2  KLC  12-04-2020

The Following Rights has been violated by the Defendants listed above:
**8th Amendment**
**5th Amendment**
**14th Amendment**

In Specific Defendants Number(s): **1, 2, and 4**
**Battery**
**Assault**
**Sexual Harassment**
Failure to Protect and Defend
Cruel and Unusual Punishment
Unlawful Detainment
Unlawful Restraint
Kidnapping
Groping/Fondling
Indecent Assault
Unprofessional Conduct
Hate Crime: Discrimination: Race
Hate Crime: Discrimination: Sexual Orientation

In Specific Defendants Number(s): **3**
**Failure to Protect and Defend**
**Cruel and Unusual Punishment**
**Unlawful Detainment**
**Unlawful Restraint**
Unprofessional Conduct
Hate Crime: Discrimination: Race
Hate Crime: Discrimination: Sexual Orientation

In Specific Defendants Number(s): **5**
**Failure to stop/interfere with unprofessional conduct**: (witnessed the battery and assault and did not stop or prevent it)

**Failure to Protect and Defend**
Cruel and Unusual Punishment
Unprofessional Conduct
Hate Crime: Discrimination: Race
Hate Crime: Discrimination: Sexual Orientation

2 of 2 KLC 12-04-2020

Kasheyon Lee-Chima
DOC#: NQ2744
PA. D.O.C. S.C.I. - SMITHFIELD
PO BOX#: 999 / 1120 Pike Street
Huntingdon, PA 16652

RECEIVED
SCRANTON
DEC 14 2020
PER _____
DEPUTY CLERK

7018 0680 0

OFFICE OF
UNITED STATES
MIDDLE DISTRICT
235 WASHINGTON
P.O. BOX# 11
SCRANTON, PA