UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KASHEYON LEE-CHIMA,** : | |
| Plaintiff : | CIVIL ACTION NO. 1:20-2349 |
| v. : | (JUDGE MANNION) |
| **K. HUGHES, et al.,** : | |
| Defendants : | |

# ORDER

Upon consideration of Plaintiff Kasheyon Lee-Chima's motion (Doc. 51) for leave to amend, in which it appears that Lee-Chima seeks to add a new defendant to his amended complaint, and the Court observing that: (1) Lee-Chima recently filed a 65-page amended complaint (Doc. 34) on June 25, 2021, that included 77 pages of exhibits; (2) Defendants have filed a motion to dismiss that amended complaint in its entirety, which motion has been fully briefed, (see Docs. 38, 39, 48, 50); (3) Lee-Chima seeks to add George Miller, former Superintendent of SCI Waymart, but has provided no basis for Miller's potential liability; and (4) Lee-Chima has failed to adhere to Local Rules of Court 7.5 and 15.1 when seeking to amend his pleadings because he has—among other things—failed to file a supporting brief and failed to include a copy of the proposed amended pleading that is "complete in itself including exhibits," **IT IS HEREBY ORDERED THAT**:

1. Lee-Chima's motion (Doc. 51) for leave to amend is **DENIED** without prejudice.

2. If Lee-Chima wishes to amend his complaint for a second time, he must comply with Local Rule of Court 15.1.  Lee-Chima must also provide the factual and legal basis for his request to amend his pleadings in a supporting brief as required by Local Rule of Court 7.5.

3. The Clerk of Court is directed to send Lee-Chima another copy of the Local Rule of Court 15.1 along with this Order.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  February 7, 2022**
20-2349-05