**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KASHEYON LEE-CHIMA,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:20-2349** |
| **v.** | : | **(JUDGE MANNION)** |
| **K. HUGHES, *et al*.,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

Upon consideration of Plaintiff's "notice-inquiry" (Doc. 82), in which Plaintiff inquiries about the status of his request for "two" third-party subpoenas, (see id.), and cites to his previous "certification prerequisite of service of a subpoena pursuant to . . . PA. R. CIV. P. 4009," (Doc. 67), and the Court observing that this previous filing contained only a single proposed third-party subpoena directed to "George A. Miller" that seeks "any and all reports" from prison staff members related to the events alleged in Plaintiff's complaint, (see id. at 5), and the Court finding that Plaintiff can obtain such documents through the normal discovery process by making a request directly to opposing counsel, (see, e.g., FED. R. CIV. P. 34(a)(1)(A) (providing for requests for production of documents)), and therefore Plaintiff does not

need to utilize a third-party subpoena, **IT IS ORDERED THAT** Plaintiff's request for a third-party subpoena is **DENIED** without prejudice.


*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  December 5, 2022**
20-2349-10